UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:17-mj-00245-1 |
| | ) | |
| NAHTAHNA GARCIA HERRERA, | ) | |
| | ) | |
| Defendant. | ) | |

**PENALTY SHEET**

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 1591(a)(1) and (b)(2) and (c) Sex Trafficking of a Minor | 10-life | $250,000 | Life | |
| 2 | 18 U.S.C. § 1591(a)(2) and (b)(2) Sex Trafficking of a Minor (financial benefit) | 10-life | $250,000 | Life | |
| 3 | 18 U.S.C. § 1591(a)(1) and (b)(2) and (c) Sex Trafficking of a Minor | 10-life | $250,000 | Life | |
| 4 | 18 U.S.C. § 1952(a)(3) Promoting Prostitution, Robbery and Dealing in Cocaine or Narcotics | 0-5 | $250,000 | 3 years | |

| | | | | |
|---|---|---|---|---|
| 5 | 18 U.S.C. § 1952(a)(1) Interstate and Foreign Travel with Intent to Distribute Proceeds of Unlawful Activity | 0-5 | $250,000 | 3 years |

Dated: ____________________

_______________________________________
Nahtahna Garcia Herrera

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that she signed (or refused to sign) the acknowledgement.

_______________________________________
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana