AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

FILED
APR 13 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

Tyrece Jones

*Defendant*

Case No. 1:17-mj-00245-3

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Tyrece Jones, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking of a Minor, Sex Trafficking of a Minor (financial benefit), Promoting Prostitution, Robbery and Dealing in Narcotics.

Date: 04/12/2017

[signature]
*Issuing officer's signature*

City and state: Indianapolis, Indiana

Debra McVicker Lynch, US Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/12/17, and the person was arrested on *(date)* 4/12/17 at *(city and state)* Indianapolis, IN.

Date: 4/13/17

[signature]
*Arresting officer's signature*

Gabriel Cuevas TFO FBI
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Tyrece Jones

Known aliases: ______

Last known residence: 3112 Clear Lake Way, Indianapolis, Indiana, 46224

Prior addresses to which defendant/offender may still have ties: ______

Last known employment: ______

Last known telephone numbers: ______

Place of birth: ______

Date of birth: 12/18/1993

Social Security number: ______

Height: ______ Weight: ______

Sex: ______ Race: ______

Hair: ______ Eyes: ______

Scars, tattoos, other distinguishing marks: ______

History of violence, weapons, drug use: ______

Known family, friends, and other associates *(name, relation, address, phone number)*: ______

FBI number: ______

Complete description of auto: ______

Investigative agency and address: ______

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______

Date of last contact with pretrial services or probation officer *(if applicable)*: ______