UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>V.<br>VAUGHN ISOM,<br>Defendant. | ) | CAUSE NO. 1:17-mj-00245-2 |

O R D E R

This matter comes before the Court upon the United States of America's Petition for a Writ of Habeas Corpus ad Prosequendum requiring the presence of Vaughn Isom, SSN# xxx-xx-8265, DOB xx/xx/1974, now confined at the Marion County Jail, Indianapolis, Indiana, in the custody of the Warden, before a Magistrate Judge for the United States District Court, Southern District of Indiana, at Indianapolis, Indiana, and to remain in the custody of the United States for all other necessary proceedings in this case. The Court being sufficiently advised, SUSTAINS said petition and GRANTS the same, and ORDERS that the Clerk issue the proper writ or order to compel such attendance under safe conduct, as provided by law.

Date: 4/14/17

Debra McVicker Lynch
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel via electronic notification

Office of the United States Marshal
Room 226, United States Courthouse
46 East Ohio Street, Indianapolis, Indiana 46204